Kevin J. Stoops, Esq. (SBN 291405)
kstoops@sommerspc.com
SOMMERS SCHWARTZ, P.C.
402 West Broadway, Suite 1760
San Diego, California
Telephone:  (248) 355-0300

*Attorney for Plaintiffs
and the Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARBARA KULIK**, **JAMES ESKRIDGE**, and **MARY DUNNING GAROFALO** individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>**NMCI MEDICAL CLINIC, INC.**, a corporation,<br><br>               Defendant | Case No.:  5:21-cv-03495-BLF<br><br>**NOTICE OF UNOPPOSED MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS**<br><br>Judge: Beth Labson Freeman<br><br>Complaint Filed: May 10, 2021<br>FAC Filed: July 13, 2021<br>Final Approval Hearing: March 2, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the matter will be heard before the Honorable Beth Labson Freeman in Courtroom 3 of this Court, located on the 5th Floor of the San Jose Courthouse, 280 South 1st Street, San Jose, California 95113 on March 2, 2023.  In this motion, Plaintiffs respectfully request entry of an order (1) awarding Class Counsel attorneys' fees in the amount of $262,500 (30% of the $875,000 Settlement); (2) granting reimbursement of necessary litigation expenses to Class Counsel in an amount not to exceed $20,000; (3) awarding Class Representative incentive awards in the amount of $5,000 each to Named Plaintiffs Barbara Kulik, James Eskridge, and Mary Dunning Garofalo.

Plaintiffs respectfully submit good cause exists for granting the Motion for the reasons set forth in the concurrently filed documents. Defendant's counsel has reviewed the documents being filed in support of this Motion and does not oppose it, though Defendant has reserved the right to submit a Notice of Non-Opposition, together with any additional points and authorities for the Court's consideration.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities and other documents filed herewith, including the Settlement Agreement, the Declaration of Class Counsel, the Declarations of the Class Representatives, the [Proposed] Order, and the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

SOMMERS SCHWARTZ, P.C.

DATED:  December 16, 2022

By: /s/ Kevin J. Stoops
    Kevin J. Stoops (SBN 332200)
    kstoops@sommerspc.com
    SOMMERS SCHWARTZ, P.C.
    402 West Broadway, Suite 1760
    San Diego, California 92101
    Telephone: (248) 355-0300

    *Attorneys for Plaintiff and Proposed Collective and
    Class members*