# EXHIBIT A



12/9/2022
Case Manager Name: Lindsay Kline
Case Manager Email: lkline@simpluris.com
Case Manager Direct Line : (714)    640-5635

**Kulik et al v NMCI Medical Clinic Inc**
***United States District Court for the Northern District of California***
**Case No. 5:21-cv-03495-BLF**

**Plaintiff Counsel**

*Trenton R Kashima / Sommers Schwartz, P.C.*
*Kevin J Stoops / Sommers Schwartz*

**Defense Counsel**

*Christine Baran / Fisher & Phillips LLP*
*William R. H. Mosher / Fisher & Phillips LLP*

**Case Milestones**

| | |
|---|---|
| Preliminary Approval Hearing | October 20, 2022 |
| Notification Mailing | November 15, 2022 |
| Opt Out Deadline | December 30, 2022 |
| Final Approval Hearing | March 02, 2023 |

**Response Summary**                                                                                                    **Total Class Members:   100**

*"Total Responses Submitted" is based on responses processed as of date reflected on the report.*

| | Total | Rate | Deficient | Dispute | Late |
|---|---|---|---|---|---|
| **Opt Out Form** | **1** | **1.00%** | | | |
| Valid | 0 | 0.00% | | | |
| Invalid | 0 | 0.00% | | | |
| Pending | 1 | 1.00% | 1 | 0 | 0 |
| **Claim Form - FLSA Opt-In** | **15** | **15.00%** | | | |
| Valid | 14 | 14.00% | | | |
| Invalid | 0 | 0.00% | | | |
| Pending | 1 | 1.00% | 1 | 0 | 0 |
| **Dispute Form** | **0** | **0.00%** | | | |
| Valid | 0 | 0.00% | | | |
| Invalid | 0 | 0.00% | | | |
| Pending | 0 | 0.00% | 0 | 0 | 0 |

**Mailing Details**

| Mailing Title | Mailed | Returned | Remailed | Undeliverable |
|---|---|---|---|---|
| Notice Packet - FLSA | 88 | 4 | 2 | 2 |
| Notice Packet - Non FLSA | 12 | 1 | 1 | 0 |

800-779-2104 / Fax - 714-824-8591
www.simpluris.com

Orange County
3194-C Airport Loop Drive, Costa Mesa, CA 92626

Orlando
1155 S. Semoran Blvd., Suite 3 - 1120, Winter Park, FL 32792