1
2
3
4

Kevin J. Stoops, Esq. (SBN 332200)
kstoops@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square Ste 1700
Southfield, MI 48076
Telephone:  (248) 355-0300

5
6

*Attorney for Plaintiffs
and the Class*

7

8                    **UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11
12
13

**BARBARA KULIK**, **JAMES ESKRIDGE**, and **MARY DUNNING GAROFALO** individually and on behalf of all others similarly situated,

14                              Plaintiffs,

15        v.

16
17

**NMCI MEDICAL CLINIC, INC**., a corporation,

18
19                              Defendant

Case No.:  5:21-cv-03495-BLF

**NOTICE OF UNOPPOSED MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT**

Judge: Beth Labson Freeman

Complaint Filed: May 10, 2021
FAC Filed: July 13, 2021
Final Approval Hearing: March 1, 2023

20
21
22
23
24
25
26
27
28

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2

      **PLEASE TAKE NOTICE** that the matter will be heard before the Honorable Beth Labson

3 Freeman in Courtroom 3 of this Court, located on the 5th Floor of the San Jose Courthouse, 280 South

4 1st Street, San Jose, California 95113 on March 1, 2023.  In this motion, Plaintiffs respectfully request

5 entry of an order (1) certifying a class for settlement purposes under the Federal Rules of Civil

6 Procedure, Rule 23 (e.g., "Rule 23") and certifying a FLSA collective for settlement purposes under

7 29 U.S.C. § 201, *et seq.* (as defined in the Parties' Stipulation of Settlement); (2) finally approving the

8 Parties' Settlement; (3) appointing Plaintiffs Barbara Kulik, James Eskridge, and Mary Dunning

9 Garofalo, as well as Opt-in Plaintiff Yadira Gomez, as Class Representatives for the Class/Collective

10 and Plaintiffs' counsel as Class Counsel; and (4) awarding fees to the third-party Settlement

11 Administrator Simpluris, Inc.

12

      Plaintiffs respectfully submit good cause exists for granting the Motion for the reasons set

13 forth in the concurrently filed documents. Defendant's counsel has reviewed the documents being

14 filed in support of this Motion and does not oppose it, though Defendant has reserved the right to

15 submit a Notice of Non-Opposition, together with any additional points and authorities for the Court's

16 consideration.

17

      This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities

18 and other documents filed herewith, including the Settlement Agreement, the Declaration of Class

19 Counsel, the [Proposed] Order, and the other pleadings and records on file in this action, and the

20 presentations of counsel and such oral or documentary evidence as may be presented at the hearing

21 on this unopposed Motion.

22

                            SOMMERS SCHWARTZ, P.C.

23

DATED:  February 16, 2023        By: /s/ Kevin J. Stoops

24                           Kevin J. Stoops (SBN 332200)

                          kstoops@sommerspc.com

25                           SOMMERS SCHWARTZ, P.C.

                          One Towne Square Ste. 1700

26                           Southfield, MI 48076

27                           Telephone: (248) 355-0300

                          *Attorneys for Plaintiff and Proposed Collective and*

28                           *Class members*

- 1 -